

U.S. DEPARTMENT OF JUSTICE

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

DISTRICT OF COLUMBIA

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington D.C., 20001*

September 1, 2025

**Via Email**
Michael Lawlor, Esq.
Dwight Crawley, Esq.

*Re:* *United States v. Damon Middleton and Michael Alston*,
*Case No. 25-CR-190*

Dear Counsel:

I am writing to provide you with certain discovery information for the above-referenced matter. Some discovery materials have been provided to you via USAfx in a folder labeled "**2025.07.29_Production #2**." Please download these materials as soon as pracricbale. To date, the Government has disclosed the following materials:

| ***Item(s)*** | ***Date of Disclosure*** |
|---|---|
| • Barcodes<br>  ○ Barcodes.pdf<br>• BWC Photos<br>  ○ Axon_Capture_Photo_2025-05-10_054359_12131.jpg<br>  ○ Axon_Capture_Photo_2025-05-10_054403_12131.jpg<br>  ○ Axon_Capture_Photo_2025-05-10_054416_12131.jpg<br>  ○ Axon_Capture_Photo_2025-05-10_131242_12131.jpg<br>  ○ Axon_Capture_Photo_2025- | **07/29/2025**<br>**(Production #2 via USAfx)** |

<table>
<tr><td>
05-10_131300_12131.jpg
<ul>
<li>Axon_Capture_Photo_2025-05-10_131313_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_131318_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_131334_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_131338_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_215048_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_215058_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_215103_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_215109_12131.jpg</li>
<li>Axon_Capture_Photo_2025-05-10_215113_12131.jpg</li>
</ul>
<ul>
<li><u>DC OUC</u>
<ul>
<li>5D TAC.wma</li>
<li>5D.wma</li>
<li>Authentication Certificate - Santo Danson.pdf</li>
</ul></li>
<li><u>PG Radio Communications</u>
<ul>
<li>PP25051000000312m.xml</li>
<li>25051000000312.pdf</li>
<li>NICE_logo_positive_jpg.jpg</li>
<li>PP25051000000312.htm</li>
<li>PP25051000000312.wav</li>
<li>PP25051000000312.xml</li>
</ul></li>
<li><u>Vehicle_CW’s Burned Van</u>
<ul>
<li>CCN _ 25068947 - Combined Reports_Redacted.pdf</li>
<li>7D TAC.wma</li>
<li>7D.wma</li>
<li>Authentication Certificate - Santo Danson.pdf</li>
</ul></li>
</ul>
</td><td></td></tr>
<tr><td>
<ul><li><u>Evidence.com Link</u>
<ul><li>94 files</li></ul></li></ul>
</td><td>07/28/2025<br>(via Evidence.com)</td></tr>
<tr><td>
<ul><li><u>DIMS Photos</u>
<ul><li>P5A1B06V.JPG</li></ul></li></ul>
</td><td>07/16/2025<br>(Production #1 via USAfx)</td></tr>
</table>

| | |
|---|---|
| ○ P5A1B06W.JPG<br>○ P5A1B06X.JPG<br>○ P5A1B06Y.JPG<br>○ P5A1B06Z.JPG<br>○ P5A1B070.JPG<br>○ P5A1B071.JPG<br>○ P5A1B072.JPG<br>○ P5A1B073.JPG<br>○ P5A1B074.JPG<br>○ P5A1B075.JPG<br>○ P5A1B076.JPG<br>○ P5A1B077.JPG<br>○ P5A1B078.JPG<br>○ P5A1B079.JPG<br>○ P5A1B07A.JPG<br>○ P5A1B07B.JPG<br>○ P5A1B07C.JPG<br>○ P5A1B07D.JPG<br>○ P5A1B07E.JPG<br>○ P5A1B07F.JPG<br>○ P5A1B07G.JPG<br>○ P5A1B07H.JPG<br>○ P5A1B07I.JPG<br>○ P5A1B07J.JPG<br>○ P5A1B07K.JPG<br>○ P5A1B07L.JPG<br>○ P5A1B07M.JPG<br>○ P5A1B07N.JPG<br>○ P5A1B07O.JPG<br>○ P5A1B07P.JPG<br>○ P5A1B07Q.JPG<br>○ P5A1B07R.JPG<br>○ P5A1B07S.JPG<br>○ P5A1B07T.JPG<br>○ P5A1B07U.JPG<br>○ P5A1B07V.JPG<br>○ P5A1B07W.JPG<br>○ P5A1B07X.JPG<br>○ P5A1B07Y.JPG<br>○ P5A1B07Z.JPG<br>○ P5A1B080.JPG<br>○ P5A1B081.JPG<br>○ P5A1B082.JPG | |

| | |
|---|---|
| ○ P5A1B083.JPG<br>○ P5A1B084.JPG<br>○ P5A1B085.JPG<br>○ P5A1B086.JPG<br>○ P5A1B087.JPG<br>○ P5A1B088.JPG<br>○ P5A1B089.JPG<br>○ P5A1B08A.JPG<br>○ P5A1B08B.JPG<br>○ P5A1B08C.JPG<br>○ P5A1B08D.JPG<br>○ P5A1B08E.JPG<br>○ P5A1B08F.JPG<br>○ P5A1B08G.JPG<br>○ P5A1B08H.JPG<br>○ P5A1B08I.JPG<br>○ P5A1B08J.JPG<br>○ P5A1B08K.JPG<br>○ P5A1B08L.JPG<br>○ P5A1B08M.JPG<br>○ P5A1B08N.JPG<br>○ P5A1B08O.JPG<br>○ P5A1B08P.JPG<br>○ P5A1B08Q.JPG<br>○ P5A1B08R.JPG<br>○ P5A1B08S.JPG<br>○ P5A1B08T.JPG<br>○ P5A1B08U.JPG<br>○ P5A1B08V.JPG<br>○ P5A1B08W.JPG<br>○ P5A1B08X.JPG<br>○ P5A1B08Y.JPG<br>○ P5A1B08Z.JPG<br>○ P5A1B090.JPG<br>○ P5A1B091.JPG<br>○ P5A1B092.JPG<br>○ P5A1B093.JPG<br>○ P5A1B094.JPG<br>○ P5A1B095.JPG<br>○ P5A1B096.JPG<br>○ P5A1B097.JPG<br>○ P5A1B098.JPG | |

| | |
|---|---|
| ○ P5A1B099.JPG<br>○ P5A1B09A.JPG<br>○ P5A1B09B.JPG<br>○ P5A1B09C.JPG<br>○ P5A1B09D.JPG<br>○ P5A1B09E.JPG<br>○ P5A1B09F.JPG<br>○ P5A1B09G.JPG<br>○ P5A1B09H.JPG<br>○ P5A1B09I.JPG<br>○ P5A1B09J.JPG<br>○ P5A1B09K.JPG<br>○ P5A1B09L.JPG<br>○ P5A1B09M.JPG<br>○ P5A1B09N.JPG<br>○ P5A1B09O.JPG<br>○ P5A1B09P.JPG<br>○ P5A1B09Q.JPG<br>○ P5A1B09R.JPG<br>○ P5A1B09S.JPG<br>○ P5A1B09T.JPG<br>○ P5A1B09U.JPG<br>○ P5A1B09V.JPG<br>○ P5A1B09W.JPG<br>• MPD Detective File<br>○ 10_Report Packet - 25069013 Case Note 5_ PG County BWC request.pdf<br>○ 11_Report Packet - 25069013 Case Note 3_ CJTF Case Assignment.pdf<br>○ 12_Report Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>○ 13_Cover Sheet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>○ 14_Report Packet - 25069013 Case Note 1_ ICR_Redacted.pdf<br>○ 15_050925 5D Kidnapping | |

| | |
|---|---|
| _1__Redacted.pdf<br>◦ 16_Email 1.pdf<br>◦ 17_Email 3.pdf<br>◦ 18_Email 2.pdf<br>◦ 19_Mail - Rimel_ Joseph D. _MPD_ - Outlook.pdf<br>◦ 1_Case Jacket - Case _ 25069013_Redacted.pdf<br>◦ 20_DPR video request_Redacted.pdf<br>◦ 21_25069013 CSS Evidence Log 05-10-2025_Redacted.pdf<br>◦ 22_25069013 CSS Scene_Redacted.pdf<br>◦ 2_Report Packet - 25069013 Case Note 8_ Evidence Collection Log.pdf<br>◦ 3_Report Packet - 25069013 Case Note 9_ Crime Scene Evidence Report.pdf<br>◦ 4_Report Packet - 25069013 Case Note 2_ CRS Report_Redacted.pdf<br>◦ 5_Report Packet - 25069013 Case Note 7_ Attempt to contact complainant_Redacted.pdf<br>◦ 6_Public Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>◦ 7_Report Packet - 25069013 Case Note 6_ Camera canvass.pdf<br>◦ 8_Report Packet - 25069013 Case Note 4_ Tower dump_area search preservation letters.pdf<br>◦ 9_Report Packet - 25069013 Case Note 10_ FBI collaborative investigation.pdf<br>• Residential Search Warrant – 20 | |

| Ridge Square<br>○ JMP_0001.JPG<br>○ JMP_0001.NEF<br>○ JMP_0002.JPG<br>○ JMP_0002.NEF<br>○ JMP_0003.JPG<br>○ JMP_0003.NEF<br>○ JMP_0004.JPG<br>○ JMP_0004.NEF<br>○ JMP_0005.JPG<br>○ JMP_0005.NEF<br>○ JMP_0006.JPG<br>○ JMP_0006.NEF<br>○ JMP_0007.JPG<br>○ JMP_0007.NEF<br>○ JMP_0008.JPG<br>○ JMP_0008.NEF<br>○ JMP_0009.JPG<br>○ JMP_0009.NEF<br>○ JMP_0010.JPG<br>○ JMP_0010.NEF<br>○ JMP_0011.JPG<br>○ JMP_0011.NEF<br>○ JMP_0012.JPG<br>○ JMP_0012.NEF<br>○ JMP_0013.JPG<br>○ JMP_0013.NEF<br>○ JMP_0014.JPG<br>○ JMP_0014.NEF<br>○ JMP_0015.JPG<br>○ JMP_0015.NEF<br>○ JMP_0016.JPG<br>○ JMP_0016.NEF<br>○ JMP_0017.JPG<br>○ JMP_0017.NEF<br>○ JMP_0018.JPG<br>○ JMP_0018.NEF<br>○ JMP_0019.JPG<br>○ JMP_0019.NEF<br>○ JMP_0020.JPG<br>○ JMP_0020.NEF<br>○ JMP_0021.JPG<br>○ JMP_0021.NEF | |
|---|---|

| | |
|---|---|
| ○ JMP_0022.JPG<br>○ JMP_0022.NEF<br>○ JMP_0023.JPG<br>○ JMP_0023.NEF<br>○ JMP_0024.JPG<br>○ JMP_0024.NEF<br>○ JMP_0025.JPG<br>○ JMP_0025.NEF<br>○ JMP_0026.JPG<br>○ JMP_0026.NEF<br>○ JMP_0027.JPG<br>○ JMP_0027.NEF<br>○ JMP_0028.JPG<br>○ JMP_0028.NEF<br>○ JMP_0029.JPG<br>○ JMP_0029.NEF<br>○ JMP_0030.JPG<br>○ JMP_0030.NEF<br>○ JMP_0031.JPG<br>○ JMP_0031.NEF<br>○ JMP_0032.JPG<br>○ JMP_0032.NEF<br>○ JMP_0033.JPG<br>○ JMP_0033.NEF<br>○ JMP_0034.JPG<br>○ JMP_0034.NEF<br>○ JMP_0035.JPG<br>○ JMP_0035.NEF<br>○ JMP_0036.JPG<br>○ JMP_0036.NEF<br>○ JMP_0037.JPG<br>○ JMP_0037.NEF<br>○ JMP_0038.JPG<br>○ JMP_0038.NEF<br>○ JMP_0039.JPG<br>○ JMP_0039.NEF<br>○ JMP_0040.JPG<br>○ JMP_0040.NEF<br>○ JMP_0041.JPG<br>○ JMP_0041.NEF<br>○ JMP_0042.JPG<br>○ JMP_0042.NEF | |

| | |
|---|---|
| ○ JMP_0043.JPG<br>○ JMP_0043.NEF<br>○ JMP_0044.JPG<br>○ JMP_0044.NEF<br>○ JMP_0045.JPG<br>○ JMP_0045.NEF<br>○ JMP_0046.JPG<br>○ JMP_0046.NEF<br>○ JMP_0047.JPG<br>○ JMP_0047.NEF<br>○ JMP_0048.JPG<br>○ JMP_0048.NEF<br>○ JMP_0049.JPG<br>○ JMP_0049.NEF<br>○ JMP_0050.JPG<br>○ JMP_0050.NEF<br>○ JMP_0051.JPG<br>○ JMP_0051.NEF<br>○ JMP_0052.JPG<br>○ JMP_0052.NEF<br>○ JMP_0053.JPG<br>○ JMP_0053.NEF<br>○ JMP_0054.JPG<br>○ JMP_0054.NEF<br>○ JMP_0055.JPG<br>○ JMP_0055.NEF<br>○ JMP_0056.JPG<br>○ JMP_0056.NEF<br>○ JMP_0057.JPG<br>○ JMP_0057.NEF<br>○ JMP_0058.JPG<br>○ JMP_0058.NEF<br>○ JMP_0059.JPG<br>○ JMP_0059.NEF<br>○ JMP_0060.JPG<br>○ JMP_0060.NEF<br>○ JMP_0061.JPG<br>○ JMP_0061.NEF<br>○ JMP_0062.JPG<br>○ JMP_0062.NEF<br>○ JMP_0063.JPG<br>○ JMP_0063.NEF<br>○ JMP_0064.JPG | |

| | |
|---|---|
| ○ JMP_0064.NEF<br>○ JMP_0065.JPG<br>○ JMP_0065.NEF<br>○ JMP_0066.JPG<br>○ JMP_0066.NEF<br>○ JMP_0067.JPG<br>○ JMP_0067.NEF<br>○ JMP_0068.JPG<br>○ JMP_0068.NEF<br>○ JMP_0069.JPG<br>○ JMP_0069.NEF<br>○ JMP_0070.JPG<br>○ JMP_0070.NEF<br>○ JMP_0071.JPG<br>○ JMP_0071.NEF<br>○ JMP_0072.JPG<br>○ JMP_0072.NEF<br>○ JMP_0073.JPG<br>○ JMP_0073.NEF<br>○ JMP_0074.JPG<br>○ JMP_0074.NEF<br>○ JMP_0075.JPG<br>○ JMP_0075.NEF<br>○ JMP_0076.JPG<br>○ JMP_0076.NEF<br>○ JMP_0077.JPG<br>○ JMP_0077.NEF<br>○ JMP_0078.JPG<br>○ JMP_0078.NEF<br>○ JMP_0079.JPG<br>○ JMP_0079.NEF<br>○ JMP_0080.JPG<br>○ JMP_0080.NEF<br>○ JMP_0081.JPG<br>○ JMP_0081.NEF<br>○ JMP_0082.JPG<br>○ JMP_0082.NEF<br>○ JMP_0083.JPG<br>○ JMP_0083.NEF<br>○ JMP_0084.JPG<br>○ JMP_0084.NEF<br>○ JMP_0085.JPG | |

| | |
|---|---|
| ○ JMP_0085.NEF<br>○ JMP_0086.JPG<br>○ JMP_0086.NEF<br>○ JMP_0087.JPG<br>○ JMP_0087.NEF<br>○ JMP_0088.JPG<br>○ JMP_0088.NEF<br>○ JMP_0089.JPG<br>○ JMP_0089.NEF<br>○ JMP_0090.JPG<br>○ JMP_0090.NEF<br>○ JMP_0091.JPG<br>○ JMP_0091.NEF<br>○ JMP_0092.JPG<br>○ JMP_0092.NEF<br>○ JMP_0093.JPG<br>○ JMP_0093.NEF<br>○ JMP_0094.JPG<br>○ JMP_0094.NEF<br>○ JMP_0095.JPG<br>○ JMP_0095.NEF<br>○ JMP_0096.JPG<br>○ JMP_0096.NEF<br>○ JMP_0097.JPG<br>○ JMP_0097.NEF<br>○ JMP_0098.JPG<br>○ JMP_0098.NEF<br>○ JMP_0099.JPG<br>○ JMP_0099.NEF<br>○ JMP_0100.JPG<br>○ JMP_0100.NEF<br>○ JMP_0101.JPG<br>○ JMP_0101.NEF<br>○ JMP_0102.JPG<br>○ JMP_0102.NEF<br>○ JMP_0103.JPG<br>○ JMP_0103.NEF<br>○ JMP_0104.JPG<br>○ JMP_0104.NEF<br>○ JMP_0105.JPG<br>○ JMP_0105.NEF<br>○ JMP_0106.JPG<br>○ JMP_0106.NEF | |

| | |
|---|---|
| ◦ JMP_0107.JPG<br>◦ JMP_0107.NEF<br>◦ JMP_0108.JPG<br>◦ JMP_0109.JPG<br>◦ JMP_0109.NEF<br>◦ JMP_0110.JPG<br>◦ JMP_0110.NEF<br>◦ NC_FLLST.DAT<br>• <u>Residential Search Warrant – 855 Chesapeake Street Apt 304</u><br>◦ WFO_0001.JPG<br>◦ WFO_0002.JPG<br>◦ WFO_0003.JPG<br>◦ WFO_0004.JPG<br>◦ WFO_0005.JPG<br>◦ WFO_0006.JPG<br>◦ WFO_0007.JPG<br>◦ WFO_0008.JPG<br>◦ WFO_0009.JPG<br>◦ WFO_0010.JPG<br>◦ WFO_0011.JPG<br>◦ WFO_0012.JPG<br>◦ WFO_0013.JPG<br>◦ DSC_0001.JPG<br>◦ DSC_0001.NEF<br>◦ DSC_0002.JPG<br>◦ DSC_0002.NEF<br>◦ DSC_0003.JPG<br>◦ DSC_0003.NEF<br>◦ DSC_0004.JPG<br>◦ DSC_0004.NEF<br>◦ DSC_0005.JPG<br>◦ DSC_0005.NEF<br>◦ DSC_0006.JPG<br>◦ DSC_0006.NEF<br>◦ DSC_0007.JPG<br>◦ DSC_0007.NEF<br>◦ DSC_0008.JPG<br>◦ DSC_0008.NEF<br>◦ DSC_0009.JPG<br>◦ DSC_0009.NEF<br>◦ DSC_0010.JPG | |

| | |
|---|---|
| ○ DSC_0010.NEF<br>○ DSC_0011.JPG<br>○ DSC_0011.NEF<br>○ DSC_0012.JPG<br>○ DSC_0012.NEF<br>○ DSC_0013.JPG<br>○ DSC_0013.NEF<br>○ DSC_0014.JPG<br>○ DSC_0014.NEF<br>○ DSC_0015.JPG<br>○ DSC_0015.NEF<br>○ DSC_0016.JPG<br>○ DSC_0016.NEF<br>○ DSC_0017.JPG<br>○ DSC_0017.NEF<br>○ DSC_0018.JPG<br>○ DSC_0018.NEF<br>○ DSC_0019.JPG<br>○ DSC_0019.NEF<br>○ DSC_0020.JPG<br>○ DSC_0020.NEF<br>○ DSC_0021.JPG<br>○ DSC_0021.NEF<br>○ DSC_0022.JPG<br>○ DSC_0022.NEF<br>○ DSC_0023.JPG<br>○ DSC_0023.NEF<br>○ DSC_0024.JPG<br>○ DSC_0024.NEF<br>○ DSC_0025.JPG<br>○ DSC_0025.NEF<br>○ DSC_0026.JPG<br>○ DSC_0026.NEF<br>○ DSC_0027.JPG<br>○ DSC_0027.NEF<br>○ DSC_0028.JPG<br>○ DSC_0028.NEF<br>○ DSC_0029.JPG<br>○ DSC_0029.NEF<br>○ DSC_0030.JPG<br>○ DSC_0030.NEF<br>○ DSC_0031.JPG<br>○ DSC_0031.NEF | |

| | |
|---|---|
| ○ DSC_0032.JPG<br>○ DSC_0032.NEF<br>○ DSC_0033.JPG<br>○ DSC_0033.NEF<br>○ DSC_0034.JPG<br>○ DSC_0034.NEF<br>○ DSC_0035.JPG<br>○ DSC_0035.NEF<br>○ DSC_0036.JPG<br>○ DSC_0036.NEF<br>○ DSC_0037.JPG<br>○ DSC_0037.NEF<br>○ DSC_0038.JPG<br>○ DSC_0038.NEF<br>○ DSC_0039.JPG<br>○ DSC_0039.NEF<br>○ DSC_0040.JPG<br>○ DSC_0040.NEF<br>○ DSC_0041.JPG<br>○ DSC_0041.NEF<br>○ DSC_0042.JPG<br>○ DSC_0042.NEF<br>○ DSC_0043.JPG<br>○ DSC_0043.NEF<br>○ DSC_0044.JPG<br>○ DSC_0044.NEF<br>○ DSC_0045.JPG<br>○ DSC_0045.NEF<br>○ DSC_0046.JPG<br>○ DSC_0046.NEF<br>○ DSC_0047.JPG<br>○ DSC_0047.NEF<br>○ DSC_0048.JPG<br>○ DSC_0048.NEF<br>○ DSC_0049.JPG<br>○ DSC_0049.NEF<br>○ DSC_0050.JPG<br>○ DSC_0050.NEF<br>○ DSC_0051.JPG<br>○ DSC_0051.NEF<br>○ DSC_0052.JPG<br>○ DSC_0052.NEF | |

| | |
|---|---|
| ○ DSC_0053.JPG<br>○ DSC_0053.NEF<br>○ DSC_0054.JPG<br>○ DSC_0054.NEF<br>○ DSC_0055.JPG<br>○ DSC_0055.NEF<br>○ DSC_0056.JPG<br>○ DSC_0056.NEF<br>○ DSC_0057.JPG<br>○ DSC_0057.NEF<br>○ DSC_0058.JPG<br>○ DSC_0058.NEF<br>○ DSC_0059.JPG<br>○ DSC_0059.NEF<br>○ DSC_0060.JPG<br>○ DSC_0060.NEF<br>○ DSC_0061.JPG<br>○ DSC_0061.NEF<br>○ DSC_0062.JPG<br>○ DSC_0062.NEF<br>○ DSC_0063.JPG<br>○ DSC_0063.NEF<br>○ DSC_0064.JPG<br>○ DSC_0064.NEF<br>○ DSC_0065.JPG<br>○ DSC_0065.NEF<br>○ DSC_0066.JPG<br>○ DSC_0066.NEF<br>○ DSC_0067.JPG<br>○ DSC_0067.NEF<br>○ DSC_0068.JPG<br>○ DSC_0068.NEF<br>○ DSC_0069.JPG<br>○ DSC_0069.NEF<br>○ DSC_0070.JPG<br>○ DSC_0070.NEF<br>○ DSC_0071.JPG<br>○ DSC_0071.NEF<br>○ DSC_0072.JPG<br>○ DSC_0072.NEF<br>○ DSC_0073.JPG<br>○ DSC_0073.NEF<br>○ DSC_0074.JPG | |

| | |
|---|---|
| ○ DSC_0074.NEF<br>○ DSC_0075.JPG<br>○ DSC_0075.NEF<br>○ DSC_0076.JPG<br>○ DSC_0076.NEF<br>○ DSC_0077.JPG<br>○ DSC_0077.NEF<br>○ DSC_0078.JPG<br>○ DSC_0078.NEF<br>○ DSC_0079.JPG<br>○ DSC_0079.NEF<br>○ DSC_0080.JPG<br>○ DSC_0080.NEF<br>○ DSC_0081.JPG<br>○ DSC_0081.NEF<br>○ DSC_0082.JPG<br>○ DSC_0082.NEF<br>○ DSC_0083.JPG<br>○ DSC_0083.NEF<br>○ DSC_0084.JPG<br>○ DSC_0084.NEF<br>○ DSC_0085.JPG<br>○ DSC_0085.NEF<br>○ DSC_0086.JPG<br>○ DSC_0086.NEF<br>○ DSC_0087.JPG<br>○ DSC_0087.NEF<br>○ DSC_0088.JPG<br>○ DSC_0088.NEF<br>○ DSC_0089.JPG<br>○ DSC_0089.NEF<br>○ DSC_0090.JPG<br>○ DSC_0090.NEF | |

| | |
|---|---|
| • Evidence.com Link<br>○ 95 files | **08/31/2025**<br>**(via Evidence.com)** |
| • Search Warrant (Redacted)<br>• [signed] 25-sc-853 Search Warrant ECF No. 1_Redacted<br>• [signed] 25-sc-1050 Search Warrant ECF No. 1_Redacted<br>• [signed] 25-sc-1074 Search Warrant | **9/1/2025**<br>**(via USAfx Folder)** |

| | |
|---|---|
| ECF No. 1_Redacted<br>• [signed] 25-tw-9 Tracking Warrant ECF No. 1 | |

                                                Respectfully submitted,

                                                Jeanine Ferris Pirro
                                                United States Attorney

                                By:    */s/ Sabena Auyeung*
                                                Sabena Auyeung
                                                Assistant United States Attorney
                                                U.S. Attorney's Office
                                                601 D Street, N.W.
                                                Washington, D.C. 20001
                                                202-803-1622
                                                Sabena.Auyeung@usdoj.gov